IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| MORRIS & DICKSON, LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 23-60284 |
| v. | ) |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| Respondent. | ) |

### RESPONDENT'S OPPOSED EMERGENCY REQUEST FOR A FOUR-DAY EXTENSION OF TIME FOR FILING THE RESPONSE TO THE OPPOSED MOTION FOR STAY PENDING PETITION FOR REVIEW

The Drug Enforcement Administration (DEA), the respondent in this case, by its undersigned attorney, hereby requests a four-day extension of time until June 16, 2023, for filing the response to petitioner's opposed motion for stay pending petition for review. Counsel for petitioner informs us that petitioner objects to this motion. In support of this motion, the undersigned states:

1. On the afternoon of Friday, June 2, 2023, petitioner filed an opposed motion for a stay of the DEA's final order revoking petitioner's Certificates of Registration to dispense controlled substances effective August 28, 2023. ECF Document No. 9

2. Respondent's response to the motion for stay is currently due June 12, 2023.

3. The certificate of service accompanying petitioner's stay motion represents that participants in the case are registered CM/ECF users and that service would be accomplished by the appellate CM/ECF system. However, the docket entry for the stay motion indicates that service by email was made only on three DEA attorneys, Dayle Elieson, Hallie Hoffman, and Timothy J. Shea, none of whom, according to the PACER Attorney Service Preference Report, has an active ECF account and all of whom have U.S. Mail listed as their preferred means of service.

4. Undersigned counsel, who entered his appearance in this case on June 1, 2023 (the day before the stay motion was filed), did not receive an ECF notification of the filing. He also was not electronically served with or notified of the filing by counsel for the petitioner, who had been informed several days earlier that undersigned would be DEA's lead appellate counsel.

5. Undersigned counsel did not become aware of the motion for stay until Tuesday, June 6, 2023.

6. Undersigned counsel was not involved in the administrative proceedings before the DEA and is working diligently to review the voluminous administrative record and extensive agency order, and to confer with DEA attorneys to prepare the response to the motion.

7. Four additional days, until Friday, June 16, 2023, are necessary to complete the response to the motion, to organize the attachments to the response, to consult with the DEA, and to allow for Department of Justice review.

8. If this extension is granted, any reply would be due Friday, June 23, 2023. The DEA order is not effective until August 28, 2023.

## Conclusion

For the foregoing reasons, the respondent asks this Court to extend the time for filing the respondent's response to the opposed motion for stay pending petition for review to June 16, 2023.

Respectfully submitted,

/s/ Joshua M. Salzman
Joshua M. Salzman
Attorney, Appellate Staff
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, D.C. 20530
(202) 532-4747
Joshua.M.Salzman@usdoj.gov

June 7, 2023

## CERTIFICATE OF COMPLIANCE WITH TYPE AND VOLUME LIMITATIONS

I hereby certify that the Respondent's Opposed Emergency Motion for a Four-Day Extension of Time For Filing the Response to the Opposed Motion For Stay Pending Petition for Review was prepared in 14 point proportionally spaced Times New Roman type, in Microsoft Word 2013, and that the motion contains 415 words. The motion thus complies with Fed. R. App. P. 32(a)(5).

                                                  Respectfully submitted,

                                                  /s/ Joshua M. Salzman
                                                  Joshua M. Salzman
                                                  Attorney

Dated: June 7, 2023

**CERTIFICATE OF SERVICE**

    I, Joshua M. Salzman, hereby certify that I electronically filed the foregoing Respondent's Opposed Emergency Request for a Four-Day Extension of Time for Filing the Response to the Opposed Motion for Stay Pending Petition for Review with the Clerk of this Court, by using the appellate CM/ECF system, on June 7, 2023. I certify further that Counsel for the Petitioners are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                            /s/ Joshua M. Salzman
                                            Joshua M. Salzman
                                            Attorney