# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: (202) 879-7684
jeffreyjohnson@jonesday.com

June 7, 2023

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:    *Morris & Dickson Co., LLC v. DEA*, No. 23-60284 (5th Cir.)

Dear Mr. Cayce:

    I am counsel for Morris & Dickson Co., LLC. On June 2, 2023, Morris & Dickson filed a motion for a stay pending this Court's resolution of the petition for review of the recent order issued by the Drug Enforcement Administration revoking Morris & Dickson's registrations. I write to update the Court on changed circumstances that have occurred since Morris & Dickson filed its motion, and to underscore Morris & Dickson's request that the Court address its motion as soon as possible.

    In its June 2 motion, Morris & Dickson emphasized that a prompt stay was necessary because, without one, Morris & Dickson's retail customers would soon find new suppliers. That remains the case. But since June 2, a number of *manufacturers* have already stopped supplying Morris & Dickson because of the DEA's order. As detailed in Jody Hatcher's supplemental declaration, this unanticipated development markedly compounds the need not only for a stay, but also for one imminently, if Morris & Dickson is to survive the order's effects.

    Accordingly, Morris & Dickson respectfully requests that this Court rule on its motion for a stay as soon as possible. *See* 5th Cir. R. 27.4. Morris & Dickson will endeavor to file its reply brief with the Court in short order following the Government's response.

                              Respectfully submitted,

                              */s/ Jeffrey R. Johnson*
                              Jeffrey R. Johnson
                              *Counsel for Petitioner*

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**ATTACHMENT:**
**SUPPLEMENTAL DECLARATION OF JODY HATCHER**

**MORRIS & DICKSON CO., LLC,**

*Petitioner*,

v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,**

*Respondent*.

## SUPPLEMENTAL DECLARATION OF JODY HATCHER

Jody Hatcher, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

1. I am the Chief Executive Officer ("CEO") of Morris & Dickson Co., LLC ("Morris & Dickson" or the "Company"), and have served in that role since April 14, 2021.

2. This declaration supplements my June 2, 2023 Declaration (the "Hatcher June 2, 2023 Declaration") and is respectfully submitted to provide the Court with new information in further support of Morris & Dickson's application for a stay pending this Court's resolution of the Company's Petition for Review of the United States Drug Enforcement Administration's ("DEA") Final Order (the "Final Order").

3. In my June 2, 2023 Declaration, I informed the Court that if the Final Order takes effect prior to the resolution of the Company's Petition for Review, the consequences will be catastrophic for Morris &

Dickson's business operations. *See* Hatcher June 2, 2023 Declaration ¶ 11. I, Mike Casida, and Braden Hunger provided information to the Court that without a stay, the Company faces existential risk, which included the fact that customers would be impelled to find new sources of supply before this Court could review Morris & Dickson's Petition. Hatcher June 2, 2023 Declaration ¶ 15; June 2, 2023 Declaration of Braden Hunter ¶¶ 9-11 (the "Hunter June 2, 2023 Declaration"); June 2, 2023 Declaration of Mike Casida ¶¶ 10-11 (the "Casida June 2, 2023 Declaration"). As explained, this loss of customers alone would decimate Morris & Dickson in short order. Hatcher June 2, 2023 Declaration ¶ 17.

4. But in an unexpected fashion, matters have gotten even worse in the immediate aftermath of the Final Order's publication. Namely, in the five days since the filing of my original declaration, key manufacturers have terminated their supply of controlled substances to Morris & Dickson, depriving the Company of critical inventory.

5. Morris & Dickson has been in contact with all of its Health System customers, which include major hospital networks in the Southeast United States. All are supportive of Morris & Dickson, and understand that the present case is based on events ending at least five

years ago under prior management and that the Company's compliance program is impressive and state of the art and has been for five years. Nevertheless, they report that they will be required to begin the engagement process for a new supplier within weeks, and generally report that this must occur within one month from the present.

6. This would irreparably decimate Morris & Dickson's customer base and revenue, long before the end of the 90-day period before the Final Order goes into effect, essentially mooting this case prior to this Court's review. This will cause substantial unemployment and disruption of the pharmaceutical supply chain servicing a significant portion of the patients in this country most in need of these products.

7. Furthermore, the deterioration of Morris & Dickson's supply from manufacturers is occurring substantially more quickly than anticipated five days ago. Since that time, *five* of the manufacturers from which Morris & Dickson receives controlled substances have terminated their supply to the Company because of the imminent effectiveness of the Final Order. These companies include some of the largest manufacturers in the country.

8. These five manufacturers supply the company with 29 separate brand and generic controlled substance products. Sales of these products by the Company last year totaled $104,339,000.

9. Communications during the last five days between Morris & Dickson and these manufacturers (as well as additional manufacturers supplying Morris & Dickson) disclosed that, because of the present timing and imminent effectiveness of the Final Order, these five manufacturers have determined that supplying Morris & Dickson with controlled substances presents—in their view—a regulatory risk for them in light of Morris & Dickson's status as a soon-to-be-unregistered entity.

10. The Company's loss of sales because of the lack of access to controlled substances from these five manufacturers will be just a small part of the damage to Morris & Dickson unless the Final Order is stayed pending review. The inability to obtain products from these five manufacturers—and other manufacturers that will likely take the same position unless a stay is entered—means that Morris & Dickson customers will not have access to these critical health care products. This in turn will cause the Company to lose a significant and growing portion

of these customers because pharmacy, hospital, and Health System customers require a wholesaler that can supply all pharmaceutical products. Hatcher June 2, 2023 Declaration ¶ 15; *see also* Hunter June 2, 2023 Declaration ¶ 10; Casida June 2, 2023 Declaration ¶¶ 10-11. Therefore, Morris & Dickson is immediately threatened with the loss of customers to which it supplies the 20-plus products supplied by these five manufacturers, which is a material portion of Morris & Dickson's customer base.

11. The loss of these five suppliers in the eight days since the publication of the Final Order is substantial harm to Morris & Dickson. I am certain that without the immediate imposition of a stay pending the resolution of the Petition for Review, the number of manufacturers refusing to ship controlled substances to Morris & Dickson will increase rapidly. This will cause an immediate and irreparable loss of Morris & Dickson's customers, including pharmacies, hospitals, and Health Systems, who will be compelled to leave Morris & Dickson so that they can be fully supplied and able to fulfill the pharmaceutical needs of their patients and customers.

Respectfully submitted this 7th day of June, 2023.

*/s/ Jody Hatcher*
Jody Hatcher
