No. 23-60284

# In the
# United States Court of Appeals
# for the Fifth Circuit

**MORRIS & DICKSON CO., LLC,**

*Petitioner,*

v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,**

*Respondent.*

On Petition for Review of an Order of the
Drug Enforcement Agency

**OPPOSITION TO RESPONDENT'S
EMERGENCY REQUEST
FOR AN EXTENSION OF TIME**

Jim Walden
John Curran
Veronica M. Wayner
James Meehan
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2030
jwalden@wmhlaw.com

Jeffrey R. Johnson
   *Counsel of Record*
Harry S. Graver
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939
jeffreyjohnson@jonesday.com

*Counsel for Petitioner Morris & Dickson Co., LLC*

Morris & Dickson opposes the Government's request for a four-day extension of time for filing its response to Morris & Dickson's motion for a stay pending this Court's resolution of its petition for review.

1.   On Friday, June 2, Morris & Dickson electronically filed its motion for a stay via ECF. *See* FRAP 25(c)(2); FRAP 27(a)(3)(A). At the time, counsel believed that Respondent would receive service electronically, but additionally sent a paper copy to one of the agency lawyers (Ms. Hoffman) and to Mr. Salzman, who had entered an appearance the previous day.

2.   Mr. Salzman's paper copy was delivered on Monday, June 5 (*see* Exhibit A).

3.   Morris & Dickson now understands that Mr. Salzman did not become aware of the motion until June 6, and as a matter of professional courtesy, it would ordinarily not oppose the Government's request in such circumstances. But as Morris & Dickson underscored in its letter today, present circumstances make that impossible.

4.   The Final Order has already caused tremendous and irreparable harm to Morris & Dickson, and each passing day brings with it a compounded risk that the company might not be able to survive the

Order's effects.

5. As a result, Morris & Dickson requires relief as soon as possible, and thus must oppose the Government's requested delay.

Dated: June 7, 2023          Respectfully submitted,

/s/ *Jeffrey R. Johnson*

| | |
|---|---|
| Jim Walden | Jeffrey R. Johnson |
| John Curran | *Counsel of Record* |
| Veronica M. Wayner | Harry S. Graver |
| James Meehan | JONES DAY |
| WALDEN MACHT & HARAN LLP | 51 Louisiana Ave., N.W. |
| 250 Vesey Street, 27th Floor | Washington, D.C. 20001 |
| New York, NY 10281 | (202) 879-3939 |
| (212) 335-2030 | jeffreyjohnson@jonesday.com |
| jwalden@wmhlaw.com | |

*Counsel for Petitioner Morris & Dickson Co., LLC*

# CERTIFICATE OF COMPLIANCE

In accordance with Federal Rule of Appellate Procedure 32(g), I certify that this opposition complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 217 words, as counted by Microsoft Word, excluding the parts of the opposition excluded by Federal Rule of Appellate Procedure 32(f).

This opposition complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in Century Schoolbook Std 14-point font.

Dated: June 7, 2023　　　　　　　　*/s/* Jeffrey R. Johnson
　　　　　　　　　　　　　　　　　*Counsel of Record for Petitioner*
　　　　　　　　　　　　　　　　　*Morris & Dickson Co., LLC*

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission of this document is an exact copy of any corresponding paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: June 7, 2023　　　　　　　　　　*/s/* Jeffrey R. Johnson
　　　　　　　　　　　　　　　　　　　*Counsel of Record for Petitioner*
　　　　　　　　　　　　　　　　　　　*Morris & Dickson Co., LLC*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2023, the foregoing opposition was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: June 7, 2023        /s/ Jeffrey R. Johnson
                           *Counsel of Record for Petitioner*
                           *Morris & Dickson Co., LLC*

# EXHIBIT A

 

## Shipment # 1Z2718740196573141

**from**
51 LOUISIANA AVE NW
WASHINGTON , DC   200012105   US

**to**
WASHINGTON , DC   20530   US

**identification number**
1Z2718740196573141

**pickup date**
06/02/23

**service**
UPS Next Day Air

## Package

**tracking number**
1Z2718740196573141

**weight**
6.00  LBS

**reference**
329538-600001
JP028239

**delivery**

| Date | Time | Address | Location | Signed By |
|---|---|---|---|---|
| 06/05/23 | 10:27 | WASHINGTON , DC   20420   US | Dock | aprandy |

**activity**

| Date | Time | Location | Activity |
|---|---|---|---|
| 06/05/23 | 10:27 | WASHINGTON , DC   20420   US | Delivered |
| 06/03/23 | 03:58 | Landover , MD   US | Processing at UPS Facility |
| 06/02/23 | 18:54 | Landover , MD   US | Pickup Scan |
| 06/02/23 | 17:56 | US | Shipper created a label, UPS has not received the package yet. |

NOTICE: The UPS package tracking systems accessed via this service (the "Tracking Systems") and tracking information obtained through this service (the "Information") are the private property of UPS. UPS authorizes you to use the Tracking Systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Without limitation, you are not authorized to make the Information available on any web site or otherwise reproduce, distribute, copy, store, use or sell the Information for commercial gain without the express written consent of UPS. This is a personal service, thus your right to use the Tracking Systems or Information is non-assignable. Any access or use that is inconsistent with these terms is unauthorized and strictly prohibited.



 

# Shipment # 1Z2718740198990151

from
51 LOUISIANA AVE NW
WASHINGTON , DC
200012105   US

to
SPRINGFIELD , VA   22152
US

identification number
1Z2718740198990151

pickup date
06/02/23

service
UPS Next Day Air

## Package

tracking number
1Z2718740198990151

weight
6.00  LBS

reference
329538-600001
JP028239

### delivery

| Date | Time | Address | Location | Signed By |
|---|---|---|---|---|
| 06/05/23 | 09:38 | SPRINGFIELD , VA   22152   US | Dock | STOUTAMIRE |

### activity

| Date | Time | Location | Activity |
|---|---|---|---|
| 06/05/23 | 09:38 | SPRINGFIELD , VA   22152   US | Delivered |
| 06/05/23 | 09:08 | Springfield , VA   US | Out For Delivery Today |
| 06/05/23 | 06:56 | Springfield , VA   US | Processing at UPS Facility |
| 06/05/23 | 04:24 | Springfield , VA   US | Arrived at Facility |
| 06/04/23 | 16:35 | Louisville , KY   US | Departed from Facility |
| 06/03/23 | 20:18 | Landover , MD   US | Origin Scan |
| 06/02/23 | 18:54 | Landover , MD   US | Pickup Scan |
| 06/02/23 | 17:57 | US | Shipper created a label, UPS has not received the package yet. |

*NOTICE: The UPS package tracking systems accessed via this service (the "Tracking Systems") and tracking information obtained through this service (the "Information") are the private property of UPS. UPS authorizes you to use the Tracking Systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Without limitation, you are not authorized to make the Information available on any web site or otherwise reproduce, distribute, copy, store, use or sell the Information for commercial gain without the express written consent of UPS. This is a personal service, thus your right to use the Tracking Systems or Information is non-assignable. Any access or use that is inconsistent with these terms is unauthorized and strictly prohibited.*

| vendor | tracking number | name | company | phase | create time ↓ | actions |
|---|---|---|---|---|---|---|
| UPS | 1Z2718740198990151 | Hoffman, H | Drug Enforcemen | Delivered | 06/02/23 | ✕ i + ⟲ |