No. 23-60284

In the
# United States Court of Appeals
## for the Fifth Circuit

**MORRIS & DICKSON CO., LLC,**
*Petitioner,*

v.

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,**
*Respondent.*

On Petition for Review of an Order of the
Drug Enforcement Agency

**UNOPPOSED MOTION FOR EXTENSION TO FILE OPENING BRIEF**

| | |
|---|---|
| Jim Walden | Jeffrey R. Johnson |
| John Curran | *Counsel of Record* |
| Veronica M. Wayner | Harry S. Graver |
| James Meehan | S. Matthew Krsacok |
| WALDEN MACHT & HARAN LLP | JONES DAY |
| 250 Vesey Street, 27th Floor | 51 Louisiana Ave., N.W. |
| New York, NY 10281 | Washington, D.C. 20001 |
| (212) 335-2030 | (202) 879-3939 |
| jwalden@wmhlaw.com | jeffreyjohnson@jonesday.com |
| | |
| | David Phillips |
| | JONES DAY |
| | 4655 Executive Drive, Suite 1500 |
| | San Diego, CA 92121 |

*Counsel for Petitioner Morris & Dickson Co., LLC*

## **MOTION FOR EXTENSION TO FILE OPENING BRIEF**

Petitioner Morris & Dickson hereby respectfully requests a 30-day extension to file its Opening Brief, in light of its pending Motion to Complete or Supplement the Record and Appoint a Special Master. *See* Dkt. 54. In support of this unopposed request,* Morris & Dickson states:

1. On July 10, 2023, DEA filed in this Court a certified list purporting to identify "all documents, exhibits, and other material comprising the record in this matter." Dkt. 49 at 3. The Court then issued a briefing notice on July 13, 2023. Dkt. 51. The notice provided Morris & Dickson 40 days to file its Opening Brief, with a due date of August 22, 2023. *Id.*

2. Morris & Dickson promptly reviewed DEA's certified list and found it lacking in multiple respects. Accordingly, on July 21, 2023, Morris & Dickson moved this Court for an order (1) directing DEA to complete or supplement the certified record, and (2) appointing a special master to oversee that process and any potential future discovery disputes. *See* Dkt. 54. DEA opposes that motion, and its response is

---

* Counsel for Morris & Dickson has conferred with counsel for DEA, which consents to at least one 30-day extension in light of the Company's pending motion. *See* Dkt. 61 at 2 (noting consent).

1

currently due on July 31, 2023. *See* Fed. R. App. P. 27(a)(3)(A). Morris & Dickson will then have until August 7 to file a reply. *Id.* R. 27(a)(4).

3.　　DEA has requested a 7-day extension of time to file its response to Morris & Dickson's pending motion. Dkt 61. Morris & Dickson has consented to that request, which, if granted, would make DEA's response due on August 7, 2023. *See id.* Morris & Dickson would then have until August 14 to file a reply. *See* Fed. R. App. P. 27(a)(4).

4.　　Regardless of when and how the Court rules on Morris & Dickson's pending motion, an extension of time to file the Opening Brief is necessary. If the Court ultimately grants the motion, it will take time for DEA to complete or supplement the record with the relevant materials. Those materials are crucial to Morris & Dickson's merits arguments, so the Company cannot adequately prepare its Opening Brief without them. Morris & Dickson also suspects that extra-record discovery may ultimately be necessary if the complete record continues to support an inference that DEA acted in bad faith when adjudicating the Company's case. That process, too, will require time, and its results will inform Morris & Dickson's arguments on the merits.

5. If the Court ultimately denies Morris & Dickson's pending motion, it likely will do so no earlier than two weeks before the Company's Opening Brief is currently due on August 22, 2023; in light of DEA's request for an extension, it will probably do so even later. But the scope of the administrative record—and thus the Company's merits arguments—will be undefined until the Court rules. As a result, Morris & Dickson will not have enough time to prepare its Opening Brief before the current deadline.

6. Morris & Dickson has acted with dispatch throughout these proceedings. It petitioned for review immediately upon publication of DEA's Order in the Federal Register, *see* Dkt. 1-1, and it successfully sought a stay pending review just a few days later, *see* Dkt. 9. Morris & Dickson also promptly notified the Court of apparent deficiencies in the record, filing its Motion to Complete or Supplement the Record and Appoint a Special Master within 14 days of receiving DEA's certified list. *See* 5th Cir. Practitioner's Guide at 21. No other extension has been granted for the Opening Brief.

7. For the reasons above, additional extensions may ultimately prove necessary depending on how the Court resolves Morris & Dickson's

pending Motion to Complete or Supplement the Record and Appoint a Special Master. For now, Morris & Dickson respectfully requests that the Court extend the deadline for the Company's Opening Brief by 30 days to September 21, 2023.

Dated: July 24, 2023

Respectfully submitted,

*/s/ Jeffrey R. Johnson*
Jeffrey R. Johnson
   *Counsel of Record*
Harry S. Graver
S. Matthew Krsacok
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939
jeffreyjohnson@jonesday.com

Jim Walden
John Curran
Veronica M. Wayner
James Meehan
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2030
jwalden@wmhlaw.com

David Phillips
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121

*Counsel for Petitioner Morris & Dickson Co., LLC*

4

## CERTIFICATE OF COMPLIANCE

In accordance with Federal Rule of Appellate Procedure 32(g), I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 672 words, as counted by Microsoft Word, excluding the parts of the motion excluded by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word in Century Schoolbook 14-point font.

Dated: July 24, 2023    */s/* Jeffrey R. Johnson
*Counsel of Record for Petitioner*
*Morris & Dickson Co., LLC*

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission of this document is an exact copy of any corresponding paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: July 24, 2023              */s/* Jeffrey R. Johnson
                                  *Counsel of Record for Petitioner*
                                  *Morris & Dickson Co., LLC*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2023, the foregoing motion was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, and that all parties required to be served have been served.

Dated: July 24, 2023　　　　　　　　*/s/* Jeffrey R. Johnson
　　　　　　　　　　　　　　　　　　*Counsel of Record for Petitioner*
　　　　　　　　　　　　　　　　　　*Morris & Dickson Co., LLC*