# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60284   Morris & Dickson v. DEA
                          Agency No. 88 Fed. Reg. 34523

The court has denied the motion to extend time to file appellant's brief in this case.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                       By: _____
                                       Shea E. Pertuit, Deputy Clerk
                                       504-310-7666

Mr. Daniel J. Aguilar
Ms. Anita J. Gay
Mr. Harry Graver
Ms. Hallie Hoffman
Mr. Jeffrey Johnson
Mr. Joshua Marc Salzman
Ms. Anna Manchester Stapleton