

**U.S. Department of Justice**
Civil Division

Tel: 202-532-4747

VIA CM/ECF

October 16, 2023

Lyle W. Cayce, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    RE:  *Morris & Dickson, LLC, v. Drug Enforcement Administration*, No. 23-60284

Dear Mr. Cayce:

I am lead counsel for the respondent in the above-captioned appeal. I write to seek a 14-day extension of the respondent's briefing deadline in this case, to and including November 7, 2023. Counsel for the petitioner has authorized me to state that this request is unopposed.

The respondent's brief in this case was originally due October 10, 2023, and this Court previously granted a 14-day extension of this deadline, making the current deadline October 24, 2023. With a further 14-day extension, the respondent's brief would be due 28 days after the original due date. Thus, this request qualifies for treatment as a Level 1 extension pursuant to Circuit Rule 31.4.3.1.

Good cause exists for the extension because deadlines in other matters make it burdensome to complete the respondent's brief on the existing schedule. In another case where I am counsel, the government was recently directed to respond on an expedited basis to a motion for an injunction pending appeal. *See McConnell v. USDA*, 23-5844 (6th Cir.) (response due Oct. 17). My deadlines in other matters include *Texas Medical Association v. HHS*, No. 23-40217 (5th Cir.) (reply brief due Oct. 16); *Axalta Coating Systems v. FAA*, No. 23-2376 (response to motion to

vacate due Oct. 26); and *Seago v. Kijakazi*, No. 23-40001 (5th Cir.) (oral argument schedule Nov. 6).

  I appreciate the Court's consideration.

           Sincerely,

           <u>/s/ *Joshua M. Salzman*</u>
           Counsel for the Respondent

Cc: All counsel of record (by ECF)