# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| MORRIS & DICKSON COMPANY, L.L.C., <br>    Petitioner, <br><br>    v. <br><br> DRUG ENFORCEMENT ADMINISTRATION, <br>    Respondent. | ) ) ) ) ) ) ) ) ) ) ) | No. 23-60284 |

## Joint Motion To Stay Briefing Deadlines To Facilitate Settlement Negotiations

We write to notify the Court that the parties are in advanced stages of settlement negotiations and believe that they may be able to resolve the underlying dispute between them. To assist the parties in reaching a final resolution, the parties jointly request that this Court stay the deadlines for filing the respondent's answering brief (presently November 7, 2023) and petitioner's reply (which would be due November 28, 2023). The parties further propose that they be directed to file a joint status report in 30 days, or sooner if circumstances warrant. If the parties report a breakdown in settlement discussions, we ask that the briefing schedule be reinstated with DEA's answering brief due 14 days from the date of the re-activated briefing schedule.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey R. Johnson*<br>Jeffrey R. Johnson<br>Harry S. Graver<br>S. Matthew Krsacok<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001<br>(202) 879-3939<br>jeffreyjohnson@jonesday.com<br><br>David Phillips<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121<br><br>Jim Walden<br>John Curran<br>Veronica M. Wayner<br>James Meehan<br>WALDEN MACHT & HARAN LLP<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br>(212) 335-2030<br>jwalden@wmhlaw.com<br><br>Counsel for Petitioner Morris & Dickson Company, L.L.C. | Brian M. Boynton<br>   *Principal Deputy Assistant*<br>    *Attorney General*<br>Joshua M. Salzman<br>*/s/ Joshua M. Salzman*<br>Daniel Aguilar<br>Anna M. Stapleton<br>   *Attorneys*<br>   Civil Division<br>   U.S. Department of Justice<br>   950 Pennsylvania Avenue NW<br>   Washington, DC 20530<br>   (202) 514-5432<br>   daniel.j.aguilar@usdoj.gov<br><br>Anita J. Gay<br>*Trial Attorney*<br>Criminal Division, Narcotic and Dangerous Drug Section<br>U.S. Department of Justice<br>145 N Street NE, 2nd Floor<br>Washington, DC 20530<br>(202) 353-7629<br>Anita.Gay2@usdoj.gov<br><br>Counsel for Respondent Drug Enforcement Administration |

Dated: November 3, 2023

## CERTIFICATES OF COMPLIANCE AND SERVICE

I certify that this response complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 123 words, excluding those portions exempted by Rule 32(f). I certify that the response complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is printed in 14-point Georgia, a proportionally spaced typeface.

I further certify that on November 3, 2023, I electronically filed this response with the Clerk of Court for the Fifth Circuit using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                                            */s/ Joshua M. Salzman*
                                                         JOSHUA M. SALZMAN